UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 NOV 19 PM 5: 11

CLERK
BY _____ RC _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim. No.  2:14-cr-120-1-2 |
| CASHON SMITH, a.k.a. "Cash," and ) | |
| KATHERINE MOECKEL, ) | |
| Defendant. ) | |

INDICTMENT

COUNT ONE

The Grand Jury charges:

From, in or about, July 2013 to, in or about, March 2014, in the District of Vermont, defendant CASHON SMITH, a.k.a. "Cash," along with others known and unknown to the Grand Jury, knowingly and willfully conspired to distribute heroin, a Schedule I controlled substance, and cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 846, 841(a), 841(b)(1)(C))

## COUNT TWO

The Grand Jury further charges:

On or about December 12, 2013, in the District of Vermont, defendants CASHON SMITH, a.k.a. "Cash," and KATHERINE MOECKEL knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

## COUNT THREE

The Grand Jury further charges:

On or about January 9, 2014, in the District of Vermont, defendants CASHON SMITH, a.k.a. "Cash," and KATHERINE MOECKEL knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

## COUNT FOUR

The Grand Jury further charges:

On or about January 13, 2014, in the District of Vermont, defendants CASHON SMITH, a.k.a. "Cash," and KATHERINE MOECKEL knowingly and intentionally distributed heroin, a Schedule I controlled substance and cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

A TRUE BILL

FOREPERSON

_Tristram J. Coffin_ (by JRP)
TRISTRAM J. COFFIN
United States Attorney
Rutland, Vermont
November 19, 2014